UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

In re: Latoya Norwood                         Case No.: 02-11222

### ORDER OF DISMISSAL FOR FAILURE TO ATTEND CREDITORS' MEETING

This matter is before the court on consideration of dismissing the above styled and numbered cause for failure of debtor to attend a regularly scheduled meeting of creditors pursuant to 11 U.S.C. §343. After fully reviewing this matter, this court finds that the debtor failed without any justification or excuse to attend the scheduled meeting of creditors. Therefore, this court is of the opinion that this case should be dismissed.

**IT IS THEREFORE ORDERED** that the above styled and numbered case is hereby dismissed for failure of the debtor to appear at a regularly scheduled meeting of creditors, and failure to appear before the court in proper prosecution of this case.

**ORDERED AND ADJUDGED** on this the 3rd day of November, 2004.

David W. Houston, III
Judge, U. S. Bankruptcy Court
Northern District of Mississippi

APPROVED FOR ENTRY:

Sammye S. Tharp
Trial Attorney for
United States Trustee